# United States District Court
# For The Western District of North Carolina
# Statesville Division

LLOYD D. RICH,

        Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:06CV80

COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 6, 2007, Order.

                                                  Signed: November 6, 2007

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court